AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| THETA CHI FRATERNITY, INC., <br><br> *Plaintiff(s)* <br> v. <br> LELAND STANFORD JUNIOR UNIVERSITY, ET AL. <br><br> *Defendant(s)* | Civil Action No. C 16-1336 DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LELAND STANFORD JUNIOR UNIVERSITY,
a private, research institution of higher learning;
Building 170, Third Floor, Main Quad, Stanford, CA 94305-2038;

See attachment for additional defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Robert Mandell
AKERMAN LLP
725 S. Figueroa Street
38th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/18/2016

CLERK OF COURT

*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*

## SUMMONS IN A CIVIL ACTION

Continued page *(Defendant's name and address)*

THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, custodian of the endowment and all University properties, Building 170, Third Floor, Main Quad, Stanford, CA 94305-2038

ALUMNI ASSOCIATION OF CHI THETA CHI HOUSE, a California tax exempt corporation, a/k/a CHI THETA CHI, a/k/a ALPHA EPSILON CHAPTER OF THETA CHI FRATERNITY, c/o Thomas Abel Allison, 241 Divisadero Street, San Francisco, CA 94117;

THE BOARD OF DIRECTORS OF ALUMNI ASSOCIATION OF CHI THETA CHI HOUSE c/o Thomas Abel Allison, 241 Divisadero Street, San Francisco, CA 94117;

THOMAS ABEL ALLISON, individually and as President/Director of Alumni Association of Chi Theta Chi House, 241 Divisadero Street, San Francisco, CA 94117; and Does 1 through 100,

{37872152;1}

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____                      _____
                                           *Server's signature*

                                           _____
                                           *Printed name and title*

                                           _____
                                           *Server's address*

Additional information regarding attempted service, etc: