United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THETA CHI FRATERNITY, INC.,

Plaintiff,

v.

LELAND STANFORD JUNIOR
UNIVERSITY, et al.,

Defendants.

Case No.  5:16-cv-01336-RMW

**ORDER CONTINUING DATES OF HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**

Re: Dkt. Nos. 14, 27

On June 21, 2016, the parties filed a joint case management statement that discussed the parties' respective positions on scheduling. Dkt. No. 27. In light of the substantive overlap between the motions to dismiss filed by the Alumni Association defendants and defendant Stanford, *see* Dkt. Nos. 14, 31, the court finds that holding a single hearing on both motions would serve the interests of judicial economy. Accordingly, the hearing on the Alumni Association defendants' motion to dismiss is hereby continued from July 8, 2016 to August 26, 2016 at 9:00 a.m. to coincide with the hearing on Stanford's motion. Moreover, the case management conference currently set for July 8, 2016 is hereby continued to August 26, 2016 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: June 28, 2016

_____
Ronald M. Whyte
United States District Judge

1

5:16-cv-01336-RMW
ORDER CONTINUING DATES OF HEARING ON MOT. TO DISMISS AND CMC
RS