**AKERMAN LLP**
JOSHUA MANDELL (SBN 225269)
Email: joshua.mandell@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

CHRISTOPHER G. OPRISON (*admitted pro hac vice*)
Email: christopher.oprison@akerman.com
750 9th Street NW, Suite 750
Washington, DC 20001
Telephone:   (202) 824-1703
Facsimile:    (202) 585-6207

Attorneys for Plaintiff,
THETA CHI FRATERNITY, INC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THETA CHI FRATERNITY, INC., | Case No. 5:16-cv-01336-RMW |
| Plaintiff, | The Hon. Ronald M. Whyte |
| v. | Courtroom No. 6 |
| LELAND STANFORD JUNIOR UNIVERSITY, a private, research institution of higher learning; THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, custodian of the endowment and all University properties; ALUMNI ASSOCIATION OF CHI THETA CHI HOUSE, a California tax exempt corporation, a/k/a CHI THETA CHI, a/k/a ALPHA EPSILON CHAPTER OF THETA CHI FRATERNITY; THOMAS ABEL ALLISON, individually and as President/Director of Alumni Association of Chi Theta Chi House; and Does 1 through 100, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |
| | Complaint filed: March 18, 2016 |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to dismiss all claims in the foregoing action with prejudice, with each party to bear their own attorneys' fees and costs. The parties further stipulate that Magistrate Judge Jacqueline Scott Corley or, if Judge Corley is unavailable, another judge of this District shall retain jurisdiction to enforce the parties' settlement agreements as necessary and to the fullest extent provided by the law.

SO STIPULATED.

Dated: October 17, 2016

**AKERMAN LLP**

By: */s/ Christopher G. Oprison*
Christopher G. Oprison
Attorney for Plaintiff Theta Chi Fraternity, Inc.

Dated: October 17, 2016

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Sarah G. Flanagan*
Sarah G. Flanagan
Attorney for Defendant The Board of Trustees of the Leland Stanford Junior University

Dated: October 17, 2016

**REED SMITH LLP**

By: */s/ Robert N. Phillips*
Robert N. Phillips
Attorney for Defendants Alumni Association of Chi Theta Chi House and Thomas Abel Allison

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THETA CHI FRATERNITY, INC., | Case No. 5:16-cv-01336-RMW |
| Plaintiff, | The Hon. Ronald M. Whyte |
| v. | Courtroom No. 6 |
| LELAND STANFORD JUNIOR UNIVERSITY, a private, research institution of higher learning; THE BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY, custodian of the endowment and all University properties; ALUMNI ASSOCIATION OF CHI THETA CHI HOUSE, a California tax exempt corporation, a/k/a CHI THETA CHI, a/k/a ALPHA EPSILON CHAPTER OF THETA CHI FRATERNITY; THE BOARD OF DIRECTORS OF ALUMNI ASSOCIATION OF CHI THETA CHI HOUSE; THOMAS ABEL ALLISON, individually and as President/Director of Alumni Association of Chi Theta Chi House; and Does 1 through 100, | [~~PROPOSED~~] ORDER ON THE STIPULATION OF THE PARTIES<br><br>Complaint filed: March 18, 2016 |
| Defendants. | |

1  The Court, having reviewed and considered the Joint Stipulation to Dismiss
2  with Prejudice, and there being good cause therefor, hereby orders as follows:
3  Pursuant to the Joint Stipulation of the parties, all claims in this litigation are
4  hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.
5  Magistrate Judge Corley or, if Judge Corley is unavailable, another judge of this
6  District shall retain jurisdiction to enforce the parties' Settlement Agreements as
7  necessary and to the fullest extent of the law.
8  IT IS SO ORDERED.

9  DATED: 10/17/2016           By: *Ronald M. Whyte*
10                                  Hon. Ronald M. Whyte
                                    U.S. District Court